IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| C.A.T. GLOBAL INC. | CASE NO. 2:24-cv-10319 |
| Plaintiff, | JUDGE SEAN F. COX |
| vs. | MAGISTRATE JUDGE DAVID R. GRAND |
| Gill X Transport Group | |
| Defendant. | **NOTICE REGARDING SERVICE OF PROCESS OF SUMMONS AND COMPLAINT** |

Plaintiff C.A.T. Global Inc. ("C.A.T." or "Plaintiff") hereby gives notice that it has served the Summons and Complaint on Defendant.

1. On February 7, 2024, Plaintiff commenced this action by filing the Complaint against Defendant (ECF #1). The next day, the Clerk issued a Summons (ECF #3).

2. Plaintiff engaged a process server prior to filing the Complaint and promptly forwarded the Summons and Complain to the process server to effect service on Defendant.

3. Plaintiff believed Defendant's address to be 128 Starhill Crescent, Brampton, Ontario L6R 2P9, based on the Load Confirmation for the shipment at issue and an internet search, including a search of Defendant's USDOT number.

4. Plaintiff's attempts to serve Defendant at this address were unsuccessful. The process server was informed that Defendant is no longer at that address.

5. On May 6, 2024, Plaintiff filed a Motion to Enlarge Time for Service of Complaint by 30 Days (ECF #5).

6. The Court granted Plaintiff's Motion on May 10, 2024 (ECF #6).

7. The Court's Order provided Plaintiff 30 days from the date of the Order to serve Defendant (*Id.*). Therefore, Plaintiff was required to serve Defendant by June 10, 2024.

8.     Plaintiff files this Notice to inform the Court it obtained service of process on Defendant on June 6, 2024. However, Plaintiff is awaiting the Affidavit of Service from the process server it engaged to effect service on Defendant.

9.     Defendant will promptly file the Affidavit of Service upon receipt.

Dated: June 10, 2024

Respectfully submitted,

FOSTER SWIFT COLLINS & SMITH PC

*/s/ Eric Larson Zalud*
Dirk H. Beckwith (P35609)
28441 Northwestern Hwy., Ste. 500
Southfield, MI 48034
(248) 539-9918
dbeckwith@fosterswift.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Eric Larson Zalud
127 Public Square, Suite 4900
Cleveland, Ohio  44114-2378
(216) 363-4500
ezalud@beneschlaw.com

*Attorneys for Plaintiff C.A.T. Global Inc.*